# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2739

_____

Miguel Angel Bautista-Lucas

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 30, 2015
Filed: April 6, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Miguel Angel Bautista-Lucas petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision to deny Bautista's motion to reopen removal proceedings and rescind an in absentia removal order. After careful review, we conclude the denial of the motion to reopen was not an abuse of discretion. See Kanyi v. Gonzales, 406 F.3d 1087,

1089-90 (8th Cir. 2005) (standard of review).  Accordingly, we deny the petition.  <u>See</u> 8th Cir. R. 47B.

_____